IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RALEIGH-DURHAM AIRPORT AUTHORITY (a/k/a RALEIGH DURHAM INTERNATIONAL AIRPORT),<br><br>　　　Plaintiff,<br>vs.<br><br>WARD TRANSFORMER COMPANY, INC.; BBC I, LLC; THE STATE OF NORTH CAROLINA; PROGRESS ENERGY, INC. (d/b/a CAROLINA POWER & LIGHT COMPANY); THE UNITED STATES OF AMERICA; THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNKNOWN PERSONAL REPRESENTATIVES, HEIRS, AND DEVISEES OF ROBERT E. WARD, JR., AND WIFE, VIRGINIA P. WARD; WAKE COUNTY DEPARTMENT OF TAX ADMINISTRATION; YOUNG MOORE AND HENDERSON, P.A.; and ROBERT E. WARD, III INDIVIDUALLY AND AS TRUSTEE OF THE GST OVERFLOW TRUST, AS HEIR AND SUCCESSOR IN INTEREST TO THE INTERESTS HELD BY ROBERT E. WARD, JR. AND WIFE, VIRGINIA P. WARD IN THE DEEDS OF TRUST RECORDED AT BOOK 5407, PAGE 855 AND 858 OF THE WAKE COUNTY, NORTH CAROLINA, REGISTER OF DEEDS<br><br>　　　Defendants. | Case No. 5:19-cv-304-D<br><br><br>**ORDER** |

　This matter is before the Court on an unopposed Motion to Add Identified Heir of Robert E. Ward, Jr., and wife, Virginia P. Ward and to Allow Service of Identified

1

Heir and any Unknown Heirs. The Court has carefully considered the motion, which is unopposed, and in exercise of its discretion **GRANTS** the same.

**IT IS HEREBY ORDERED** that "Robert E. Ward, III individually and as Trustee of the GST Overflow Trust, as heir and successor in interest to the interests held by Robert E. Ward, Jr. and Wife, Virginia P. Ward in the Deeds of Trust recorded at Book 5407, Page 855 and 858 of the Wake County, North Carolina, Register of Deeds" (hereinafter "Mr. Ward") is hereby added as a party Defendant in this action;

**AND IT IS FURTHER ORDERED** that the caption of this case is hereby amended as set forth above;

**AND IT IS FURTHER ORDERED** that Plaintiff shall obtain issuance of a Notice to Mr. Ward pursuant to Federal Rule of Civil Procedure 71.1(d)(1) and (2) and shall cause the same to be served upon him; such Notice may be served upon him by any attorney who is authorized by Mr. Ward to accept service of process on his behalf;.

**AND IT IS FURTHER ORDERED** that Plaintiff shall obtain issuance of a Notice to any "Unknown Personal Representatives, Heirs, and Devisees of Robert E. Ward, Jr., and Wife, Virginia P. Ward Claiming an Interest in the Deeds of Trust recorded at Book 5407, Page 855 and 858 of the Wake County, North Carolina, Register of Deeds" by publication in accordance with Rule 71.1(d)(3);

**AND IT IS FURTHER ORDERED** that, for good cause shown, the time for Plaintiff to serve the identified and unknown heirs referenced in this order is hereby extended through and until February 3, 2020.

**SO ORDERED**, this __7__ day of December 2019.

                                                  JAMES C. DEVER III
                                                  United States District Judge