# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| RALEIGH-DURHAM AIRPORT AUTHORITY (a/k/a RALEIGH DURHAM INTERNATIONAL AIRPORT),<br><br>Plaintiff,<br>vs.<br><br>WARD TRANSFORMER COMPANY, INC.; BBC I, LLC; THE STATE OF NORTH CAROLINA; PROGRESS ENERGY, INC. (d/b/a CAROLINA POWER & LIGHT COMPANY); THE UNITED STATES OF AMERICA; THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNKNOWN PERSONAL REPRESENTATIVES, HEIRS, AND DEVISEES OF ROBERT E. WARD, JR., AND WIFE, VIRGINIA P. WARD; WAKE COUNTY DEPARTMENT OF TAX ADMINISTRATION; YOUNG MOORE AND HENDERSON, P.A.; and ROBERT E. WARD, III INDIVIDUALLY AND AS TRUSTEE OF THE GST OVERFLOW TRUST, AS HEIR AND SUCCESSOR IN INTEREST TO THE INTERESTS HELD BY ROBERT E. WARD, JR. AND WIFE, VIRGINIA P. WARD IN THE DEEDS OF TRUST RECORDED AT BOOK 5407, PAGE 855 AND 858 OF THE WAKE COUNTY, NORTH CAROLINA, REGISTER OF DEEDS<br><br>Defendants. | Case No. 5:19-cv-304-D<br><br><br><br>**ORDER STAYING DISCOVERY AND SUSPENDING SCHEDULING ORDER DEADLINES** |

This matter is before the Court on the parties Joint Motion to Stay Discovery and Suspend the Scheduling Order. The Court, in exercise of its discretion, hereby **GRANTS** the Parties' motion.

**IT IS HEREBY ORDERED** that discovery in this action is stayed and that all deadlines in the current scheduling order are hereby suspended.

**AND IT IS FURTHER ORDERED** that the Federal Government Defendants and Defendant Ward Transformer Company, Inc. shall seek approval of the proposed settlement between them in accordance with steps outlined in the Plaintiff's Motion to Stay Discovery and Suspend Scheduling Order Deadlines.

**AND IT IS FURTHER ORDERED** that the Federal Government Defendants shall report to the Court regarding the status of the settlement approval process on or before May 23, 2020 and shall notify the Court whether any additional time is needed to obtain approval of the settlement.

**SO ORDERED**, this __30__ day of January, 2020.

JAMES C. DEVER III
United States District Judge